# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

    JOSEPH MILLER

    LAWONDA MILLER

        Debtor(s)

Case No. 09-48351

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/22/2009.

2) The plan was confirmed on 04/05/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/15/2010, 09/15/2010.

5) The case was completed on 02/04/2014.

6) Number of months from filing to last payment: 49.

7) Number of months case was pending: 54.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $5,504.95.

10) Amount of unsecured claims discharged without payment: $82,957.65.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $19,297.57 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $19,297.57

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $999.79 |
| Other | $354.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,853.79

Attorney fees paid and disclosed by debtor:      $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 500 FAST CASH | Unsecured | 695.00 | NA | NA | 0.00 | 0.00 |
| AMERILOAN | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| AMSHER COLL | Unsecured | 878.79 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 331.00 | 331.93 | 331.93 | 33.19 | 0.00 |
| AT&T | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| BALLYS | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| BALLYS TOTAL FITNESS ~ | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| BAND FOR TODAY | Unsecured | 324.00 | 353.43 | 353.43 | 35.34 | 0.00 |
| BAND FOR TODAY | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| BARNES AUTO GROUP | Unsecured | 1,823.00 | NA | NA | 0.00 | 0.00 |
| CASH ADVANCE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CBA COLLECTION BUREAU OF AMEI | Unsecured | 313.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 226.34 | NA | NA | 0.00 | 0.00 |
| CHARGE ME LATER | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| CHARLES MCCATHY | Unsecured | 1,609.00 | NA | NA | 0.00 | 0.00 |
| CHASE CC | Unsecured | 1,650.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO PARKING BUREAI | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO PARKING BUREAI | Unsecured | 1,590.00 | NA | NA | 0.00 | 0.00 |
| CMG GROUP INC | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 967.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 349.00 | 591.82 | 591.82 | 59.18 | 0.00 |
| EDFINANCIAL SERVICES | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| EDFINANCIAL SERVICES | Unsecured | 3,218.00 | NA | NA | 0.00 | 0.00 |
| EDFINANCIAL SERVICES | Unsecured | 2,956.00 | NA | NA | 0.00 | 0.00 |
| EDFINANCIAL SERVICES | Unsecured | 2,334.00 | NA | NA | 0.00 | 0.00 |
| EXECUTIVE FINANCIAL CO | Unsecured | 1,425.00 | NA | NA | 0.00 | 0.00 |
| GENESIS FINANCIAL SOLUTIONS | Unsecured | 1,702.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GLOBAL PAYMENTS INC | Unsecured | 2,525.00 | NA | NA | 0.00 | 0.00 |
| GOODWIN BRYAN & SCHILL LLP | Unsecured | 556.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | 777.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | 4,933.00 | 4,893.00 | 4,893.00 | 489.30 | 0.00 |
| ILLINOIS TITLE LOANS | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 1,337.72 | 1,337.72 | 133.77 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,000.00 | 3,591.75 | 3,591.75 | 3,591.75 | 0.00 |
| ISAC | Unsecured | NA | 12,878.68 | 12,878.68 | 1,287.87 | 0.00 |
| JASPER COUNTY SHERIFF | Unsecured | 141.00 | NA | NA | 0.00 | 0.00 |
| LIGHTHOUSE FINANCIAL GROUP | Unsecured | 1,322.00 | NA | NA | 0.00 | 0.00 |
| MALCOM S GERALD & ASSOC INC | Unsecured | 9,669.91 | NA | NA | 0.00 | 0.00 |
| MCI | Unsecured | 397.00 | NA | NA | 0.00 | 0.00 |
| MCI | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |
| MCM DEPT 12421 | Unsecured | 458.57 | NA | NA | 0.00 | 0.00 |
| MECA ELEMENTARY SCHOOL | Unsecured | 1,044.40 | NA | NA | 0.00 | 0.00 |
| MILLENIUM CREDIT CONSULTANTS | Unsecured | 336.11 | NA | NA | 0.00 | 0.00 |
| MITCHELL K LAW OFFICE | Unsecured | 878.79 | NA | NA | 0.00 | 0.00 |
| NATIONAL LOUIS UNIVERSITY | Unsecured | 1,500.00 | 1,019.00 | 1,019.00 | 101.90 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 119.35 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COMMUNITY HOSPITA | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COMMUNITY HOSPITA | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| ODONOGHUE MILLMAN | Unsecured | 263.00 | NA | NA | 0.00 | 0.00 |
| PACK MANAGEMENT | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 1,750.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Secured | 7,475.00 | 7,475.00 | 7,475.00 | 7,475.00 | 379.19 |
| PRECISION RECOVERY ANALYTICS | Unsecured | NA | 7,965.54 | 7,965.54 | 796.55 | 0.00 |
| RESIDENTIAL CREDIT SOLUTIONS | Unsecured | 232.24 | NA | NA | 0.00 | 0.00 |
| RMCB COLLECTION AGENCY | Unsecured | 299.70 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| SPRINT PC | Unsecured | 387.00 | NA | NA | 0.00 | 0.00 |
| SPRINT PCS | Unsecured | 297.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN SURGICAL CARE SPCLST | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| SUMMIT GROUP LLC | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 600.00 | 478.79 | 478.79 | 47.88 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 128.64 | 128.64 | 12.86 | 0.00 |
| TREMONT FINANCIAL | Unsecured | 199.74 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF MAYWOOD | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE RADIOLOGY | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL | Unsecured | 263.00 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL | Unsecured | 612.00 | NA | NA | 0.00 | 0.00 |
| WEST SIDE EMERGENCY | Unsecured | 366.00 | NA | NA | 0.00 | 0.00 |
| WESTLAKE HOSPITAL EMERGENCY | Unsecured | 564.00 | NA | NA | 0.00 | 0.00 |
| WESTLAKE HOSPITAL EMERGENCY | Unsecured | 564.00 | NA | NA | 0.00 | 0.00 |
| WESTLAKE HOSPITAL EMERGENCY | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| WOW CABLE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $7,475.00 | $7,475.00 | $379.19 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$7,475.00** | **$7,475.00** | **$379.19** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,591.75 | $3,591.75 | $0.00 |
| **TOTAL PRIORITY**: | **$3,591.75** | **$3,591.75** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$29,978.55** | **$2,997.84** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,853.79 |
| Disbursements to Creditors | $14,443.78 |
| | |
| **TOTAL DISBURSEMENTS** : | **$19,297.57** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/02/2014                      By: /s/ Tom Vaughn
_____
                                                Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**